No. 909. PHILAMON LABORATORIES, INC., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Sanford H. Markham* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent. ▮

No. 911. SOLER *v.* BOARD OF PUBLIC EDUCATION, SCHOOL DISTRICT OF PHILADELPHIA. Supreme Court of Pennsylvania. Certiorari denied. *Osmond K. Fraenkel* and *A. Harry Levitan* for petitioner. *Edward B. Soken* for respondent. ▮

No. 921. UNITED STATES PIPE & FOUNDRY Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Douglas Arant, John J. Coleman, Jr.* and *E. L. All* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent. ▮

No. 927. BECK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this application. *Charles S. Burdell* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Burt J. Abrams* for the United States. ▮

No. 949. LITTERAL ET AL. *v.* INDEMNITY INSURANCE COMPANY OF NORTH AMERICA. C. A. 7th Cir. Certiorari denied. *C. E. Tate* and *John Alan Appleman* for petitioners. *Horace E. Gunn* for respondent. ▮